# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 29 AM 7:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Agnes Cordero Meléndez, et al.
Plaintiff(s)

vs.

Civil No. 96-2361 (SEC)

Toyota Motor Corporation
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 9/24/99  DOCKET: 51  TITLE: Motion Requesting Withdrawal of Funds

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED                [ ] DENIED

[ ] NOTED                  [ ] MOOT

## ADDITIONAL COMMENTS:

(3)

s/c: Auro
Bracetti
Otero

9/28/99
DATE

for: SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

cc: Finance
9/29/99