IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AGNES CORDERO-MELENDEZ, et. al. | * |
| Plaintiffs | * |
| v. | * Civil No. 96-2361 (SEC) |
| TOYOTA MOTOR CORPORATION | * |
| Defendant-Third Party Plaintiff | * |
| ERNESTINA CARRO RIVERA, et. al. | * |
| Third Party Defendants | * |

## JUDGEMENT

Having considered the Joint Stipulation for Voluntary Dismissal with Prejudice submitted by the parties on October 23, 1999 **(docket # 54)**, the Court enters a judgement dismissing the Complaint filed by the plaintiffs with prejudice and without the imposition of costs, expenses or attorneys' fees.

The present order shall be firm, final and unappealable from the date it is entered.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 27 day of October, 1999.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev.8/82)